May 19, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

RICKEY CHARLES PERRY, Appellant

NO. 14-15-00682-CR             V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

       We further order the mandate be issued immediately. We further order this decision certified below for observance.